# Court of Appeals, State of Michigan

## ORDER

PF v JF

Docket No.    351461

LC No.         2019-009260-PP

Brock A. Swartzle
Presiding Judge

Jane E. Markey

Jonathan Tukel
Judges

The February 25, 2021 published opinion is hereby AMENDED to correct a clerical error: The paragraph that begins at the bottom of page 5 of the opinion is corrected to read:

In this case, had petitioner sought a PPO on the basis of the same five incidents that were presented to the St. Clair circuit court and nothing more, then the doctrine of res judicata would plainly have applied and precluded petitioner from obtaining a PPO. Petitioner, however, alleged a sixth incident that had not been, and could not have been, alleged in the St. Clair circuit court. And those new allegations regarding the sixth incident, in our view, opened the door for consideration of the prior five incidents in conjunction with the sixth incident.

In all other respects, the February 25, 2021 opinion remains unchanged.

The clerk is directed to send a copy of this order the Michigan Supreme Court Reporter so that this amendment can be incorporated during the publication process.

_____
Presiding Judge

A true copy entered and certified by Jerome W. Zimmer Jr., Chief Clerk, on

March 12, 2021
_____
Date

_____
Chief Clerk